ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                              )
                                                         )
North Island Research Ltd.                               )   ASBCA Nos. 63875-ADR, 63971-ADR
                                                         )              63991-ADR
                                                         )
Under Contract No. HC1021-18-H-2009                      )

APPEARANCE FOR THE APPELLANT:          Sareesh Rawat, Esq.
                                         Tillit Law PLLC
                                         Washington, DC

APPEARANCES FOR THE GOVERNMENT:        Lia N. Wentworth, Esq.
                                         General Counsel
                                       Jonathan I Pomerance, Esq.
                                       Elias G Sherlock, Esq.
                                         Trial Attorneys
                                         Defense Information Systems Agency
                                         Fort Meade, MD

ORDER OF DISMISSAL

The disputes have been settled.  The appeals are dismissed with prejudice.

Dated:  March 2, 2026

_____
TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63875-ADR, 63971-ADR, 63991-ADR, Appeals of North Island Research Ltd., rendered in conformance with the Board's Charter.

Dated: March 2, 2026

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals